```
          IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                   JONESBORO DIVISION
```

JANICE DAWSON                                           PLAINTIFF

vs.              Civil Case No. 3:10CV00029 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                 DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED AND ADJUDGED that the final determination of the Commissioner is affirmed, and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 10th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE